**Order entered August 29, 2019**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01016-CV

## IN RE MARK NUSBAUM, CHRIS CLARK, AND
## LEAD EQUITY GROUP, LLC, Relators

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18742**

## ORDER
Before Justices Bridges, Myers, and Nowell

Before the Court is relators' August 26, 2019 petition for writ of mandamus. We request real parties in interest Wellington Realty, LLC, WRC Advisors, LLC, David Shaffer, and respondent, file their responses, if any, to the petition by September 10, 2019.

/s/    LANA MYERS
        PRESIDING JUSTICE